UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RUSSEL WASHINGTON, | § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 3-12-154 |
| ECOMET BURLEY, *et al*, | § § § | |
| Defendants. | § § | |
| RUSSEL WASHINGTON, | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 3-12-41 |
| LA MARQUE ISD, | § § § | |
| Defendant. | § § | |

## ORDER FOR CONFERENCE

The parties are hereby notified that a conference in this case is now set for **March 21, 2013 at 10:30 a.m.** At the conference, the Court will take up Defendant's motion for a protective order (Docket Entry No. 39) and will discuss with the parties the status of the case going forward. If Plaintiff wishes to respond to LMISD's motion, he should file a response by **March 18, 2013.**

**SIGNED** this 11th day of March, 2013.

_____
Gregg Costa
United States District Judge